■ KAREN FAULKNER, Individually and as Parent and Natural Guardian of KATELYNN FAULKNER, an Infant, Appellant-Respondent, v DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., Respondent-Appellant. (Appeal No. 2.) [775 NYS2d 628]— Appeal and cross appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered February 5, 2003. The order denied plaintiff's motion and defendant's cross motion for posttrial relief.

It is hereby ordered that said appeal and cross appeal be and the same hereby are unanimously dismissed without costs (see *Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; see also CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Lawton, JJ.